

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2020

No. 04-20-00359-CV

Brandon **HJELLA,**
Appellant

v.

**RED MCCOMBS MOTORS, LTD,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On September 3, 2020, we ordered appellant to provide written proof to this court that he had requested preparation of the reporter's record from the official court reporters and had either paid or made payment arrangements for the reporters' fees for preparation of the reporter's record. Appellant responded by filing an advisory to the court stating that he had requested and made payment arrangements for the multiple volumes of reporter's record to be prepared by various court reporters. On September 14, 2020, however, court reporter Mary Sasala filed a notification of late reporter's record stating that she has not received payment or payment arrangements for her portion of the reporter's record.

We therefore ORDER appellant to provide written proof to this court *no later than ten (10) days* after the date of this order that either the fee due to Mary Sasala has been paid in full or arrangements have been made to pay the fee for preparation of her portion of the reporter's record.

If appellant fails to respond within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require this portion of the reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2020.



MICHAEL A. CRUZ,
Clerk of Court